No. 11–7508. HERNANDEZ-HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–7530. MEZA v. ZICKEFOOSE, WARDEN. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–7534. NOLAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 11–7535. PENNANT v. UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–7581. ROBINSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–7588. VAZQUEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–7596. McCREARY v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–7614. FLORES v. HOLDER, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari before judgment denied.

No. 11–7721. REED v. UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

*Rehearing Denied*

No. 10–1115. CAVAZOS, ACTING WARDEN v. SMITH, *ante,* p. 1;
No. 10–1441. FANOR v. ALVARADO ET AL., *ante,* p. 821;
No. 10–10267. JONES v. CANIZARO ET AL., *ante,* p. 832;
No. 10–10494. JONES v. TRAVELERS ET AL., *ante,* p. 838;